428 A.2d 685

Commonwealth v. Pack, Appellant.

Wil-liam B. Moore, for appellant; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.

428 A.2d 685

Commonwealth v. Parker, Appellant.

Submitted November 16, 1979. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.